# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Amy Elizabeth Krekelberg, | Case No.: 13-cv-03562 (DWF/TNL) |
| Plaintiff, | |
| vs. | **DEFENDANT ANOKA COUNTY'S MOTION TO DISMISS OR SEVER** |
| Anoka County, et al., | |
| Defendants. | |

TO: ALL PARTIES THROUGH THEIR COUNSEL OF RECORD.

The following party, Defendant County of Anoka, pursuant to Fed. R. Civ. P. 12(b)(6), hereby moves the United States District Court, District of Minnesota, for an Order to dismiss it from, or in the alternative, to sever Plaintiff's claims against Anoka County in the above-entitled case.

Said Motion is based upon Anoka County's Memorandum of Law in Support of Its Motion to Dismiss or Sever and Rule 12(b)(6) of the Federal Rules of Civil Procedure and all of the files records, and proceedings herein.

ANTHONY C. PALUMBO
ANOKA COUNTY ATTORNEY

Dated: March 10, 2014.         By: _____
BRYAN D. FRANTZ, #0303148
Assistant Anoka County Attorney
Anoka County Attorney's Office
2100 Third Avenue, STE 720
Anoka, Minnesota 55303
phone: (763) 323-5751
Bryan.Frantz@co.anoka.mn.us

Attorneys for Defendant County of Anoka