UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Amy Elizabeth Krekelberg, | Civil File No.  13-cv-3562 (DWF/TNL) |
| Plaintiff, | |
| v. | **STIPULATION OF DISMISSAL** |
| Anoka County, et. al., | |
| Defendants. | |

The undersigned attorneys hereby advise the Court that all of Plaintiff's claims in the above-entitled cause of action have been fully compromised and settled with regard to the Cities of Coon Rapids and Roseville and Taylor Arneson.

IT IS HEREBY STIPULATED BY AND BETWEEN the parties hereto, through their respective undersigned attorneys, that the claims against the City of Coon Rapids and Roseville and Taylor Arneson may be, and hereby are, dismissed on their merits and with prejudice, each party to bear their own attorney's fees and costs.  By this stipulation, the parties hereto do not seek the dismissal of Plaintiff's claims against any other Defendants in this matter.

IT IS FURTHER STIPULATED, that without further notice, a Judgment of Dismissal with Prejudice and upon the merits of all of Plaintiff's claims

against the Cities of Coon Rapids and Mounds View and Taylor Arneson may be entered herein.

| | |
|---|---|
| Stipulated to: | IVERSON REUVERS CONDON |

Dated: December 27, 2016            By:/s Stephanie A. Angolkar
                                                    Jon K. Iverson (#146389)
                                                    Susan M. Tindal (#330875)
                                                    Stephanie A. Angolkar (#388336)
                                          9321 Ensign Avenue South
                                          Bloomington, MN  55438
                                          (952) 548-7200
                                          Fax: (952) 548-7210
                                          jon@irc-law.com
                                          susan@irc-law.com
                                          stephanie@irc-law.com
                                          *Attorneys for Defendants Cities of Coon Rapids, and Roseville and Taylor Arneson*

                                                      SIEBEN CAREY, PA

Dated: January 18, 2017
                                          Susan M. Holden, #189844
                                          Jeffrey M. Montpetit, #0291249
                                          Marcia K. Miller, #032162X
                                          901 Marquette Avenue, Suite 500
                                          Minneapolis, MN  55402-3205
                                          Phone: 612-333-4500
                                          Fax: 612-333-5970
                                          Susan.Holden@knowyourrights.com
                                          Jeffrey.Montpetit@knowyourrights.com
                                          Marcia.Miller@knowyourrights.com

SAPIENTIA LAW GROUP, PLLC

/s/ Sonia Miller-Van Oort
Jonathan A Strauss, #279602
Lorenz F. Fett, Jr., #196769
Sonia Miller-Van Oort, #278087
120 South 6th Street, Suite 100
Minneapolis, MN 55402
Phone:  612-756-7100
Fax: 612-756-7101
jons@sapientialaw.com
larryf@sapientialaw.com
soniamv@sapientialaw.com

**ATTORNEYS FOR PLAINTIFF**