## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Amy Elizabeth Krekelberg,

          Plaintiff,

v.

Anoka County, et. al.,

          Defendants.

Civil No. 13-3562 (DWF/TNL)

**ORDER FOR DISMISSAL WITH PREJUDICE**

The above-entitled action, having been fully resolved and settled between Plaintiff and Defendants Cities of Coon Rapids and Roseville and Taylor Arneson, and having entered into a Stipulation of Dismissal With Prejudice, (Doc. No. [276]),

**IT IS HEREBY ORDERED** that Plaintiff's claims against Defendants Cities of Coon Rapids and Roseville and Taylor Arneson are **DISMISSED WITH PREJUDICE,** each party to bear its own costs, disbursements and attorney fees. No other Defendants are dismissed by this Order.

Dated: January 20, 2017

          s/Donovan W. Frank
          DONOVAN W. FRANK
          United States District Judge