**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Amy Elizabeth Krekelberg, | Case No. 13-CV-3562 (DWF/TNL) |
| Plaintiff, | **STIPULATION** |
| v. | |
| Anoka County, *et al.*, | |
| Defendants. | |

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties, by and through their respective counsel, that all claims raised by Plaintiff Amy Krekelberg against Defendant Robert Goodsell related solely to his accesses of Plaintiff's information on March 6, 2012 at 1:51 p.m. and 1:52 p.m., in the above-referenced action, shall be and are, dismissed in their entirety, on the merits, with prejudice, and without costs, disbursements or fees to any party.  In addition, all claims raised by Plaintiff Amy Krekelberg against Defendant Minneapolis Park and Recreation Board that are related solely to Defendant Goodsell's accesses on March 6, 2012 at 1:51 p.m. and 1:52 p.m., are similarly dismissed with prejudice, and without costs, disbursements or fees to any party. Unless otherwise dismissed, all other Defendants are unaffected by this Stipulation, are not dismissed, and remain parties to this action.

**THEREFORE**, the parties agree and respectfully request that this Court dismiss Defendant Robert Goodsell and those sole and specific claims related to Defendant

Goodsell's accesses of Plaintiff's information on March 6, 2012 for which Defendant Minneapolis Park and Recreation has any liability.

Dated:  February 17, 2017                    **SAPIENTIA LAW GROUP PLLC**

s/Sonia Miller-Van Oort
Jonathan A Strauss, #279602
Lorenz F. Fett, Jr., #196769
Sonia Miller-Van Oort, #278087
120 South 6th Street, Suite 100
Minneapolis, MN 55402
Phone:  612-756-7100
Fax: 612-756-7101
jons@sapientialaw.com
larryf@sapientialaw.com
soniamv@sapientialaw.com

and
**SIEBENCAREY, PA**
Susan M. Holden (#189844)
Jeffrey M. Montpetit (#0291249)
Marcia K. Miller (#032162X)
901 Marquette Avenue, Suite 500
Minneapolis, MN 55402-3205
Phone: (612) 333-4500
Fax: (612) 333-5970
Susan.Holden@knowyourrights.com
Jeffrey.Montpetit@knowyourrights.com
Marcia.Miller@knowyourrights.com

***ATTORNEYS FOR PLAINTIFF***

Dated: February 17, 2017 **RICE, MICHELS, & WALTHER, LLP**

s/Ann E. Walther
Ann E Walther, #21369X
Eric Bal,
10 Second St NE, Suite 206
Minneapolis, MN 55413
Phone: 612-676-2302
Fax: 612-676-2319
awalther@ricemichels.com
ebal@ricemichels.com

***ATTORNEYS FOR DEFENDANT ROBERT GOODSELL & MINNEAPOLIS PARK & RECREATION BOARD***