# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Amy Krekelberg, | Case No. 13-CV-3562 (DWF/TNL) |
| Plaintiff, | |
| vs. | **STIPULATION TO DISMISS ALL CLAIMS AGAINST THE CITY OF SAINT PAUL** |
| City of Anoka, et al., | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED by and between the parties, by and through their respective counsel, that all claims raised by Plaintiff Amy Krekelberg, against the City of Saint Paul, as reflected in the First Amended Complaint in the above-referenced action, shall be and are, dismissed in their entirety, on the merits, with prejudice, and without costs, disbursements or fees to any party.  No other parties are being dismissed by way of this Stipulation.

THEREFORE, the parties agree and respectfully request that this Court dismiss the City of Saint Paul in the above-captioned matter.

Dated: March 15, 2017

SAPIENTIA LAW GROUP PLLC

*s/ Sonia Miller-Van Oort*
JONATHAN A. STRAUSS (#0279602)
LORENZ F. FETT (#196769)
SONIA MILLER-VAN OORT (#278087)
ROBIN M. WOLPERT (#0310219)
12 South Sixth Street, Suite 1242
Minneapolis, MN 55402
(612) 756-7100, Fax: (612) 756-7101
*jons@sapientialaw.com*
*larryf@sapientialaw.com*
*soniamv@sapientialaw.com*
*robinw@sapientialaw.com*

and

SIEBEN GROSE VON HOLTUM & CAREY

*s/ Marcia M. Miller*
SUSAN M. HOLDEN (#0189844)
JEFFREY M. MONTPETIT (#0291249)
MARCIA M. MILLER (#032162X)
901 Marquette Avenue, Suite 500
Minneapolis, MN 55402
(612) 333-4500, Fax: (612) 333-5970
*susan.holden@knowyourrights.com*
*jeffrey.montpetit@knowyourrights.com*
*marcia.miller@knowyourrights.com*

*Attorneys for Plaintiff Amy Elizabeth Krekelberg*

Dated:  March 8, 2017                            SAMUEL J. CLARK
                                                 City Attorney

                                                 *s/ Judith A. Hanson*
                                                 JUDITH A. HANSON, #207408
                                                 Assistant City Attorney
                                                 750 City Hall and Court House
                                                 15 West Kellogg Boulevard
                                                 Saint Paul, MN 55102
                                                 Telephone: (651) 266-8727
                                                 Fax: (651) 266-8787
                                                 *judy.hanson@ci.stpaul.mn.us*

                                                 *Attorneys for Defendant City of Saint Paul*