## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Amy Krekelberg, | Civil No. 13-3562 (DWF/TNL) |
| Plaintiff, | |
| v. | **ORDER DISMISSING ALL CLAIMS AGAINST THE CITY OF SAINT PAUL** |
| City of Anoka, et al., | |
| Defendants. | |

The above-entitled matter is before the Honorable Donovan W. Frank, Judge of United States District Court for the District of Minnesota, pursuant to the parties' Stipulation to Dismiss All Claims Against the City of Saint Paul (Doc. No. [394]).

**IT IS HEREBY ORDERED** that all claims raised by Plaintiff Amy Krekelberg against the City of Saint Paul in the above-referenced action shall be, and are, **DISMISSED** in their entirety, on the merits, **WITH PREJUDICE**, and without costs, disbursements or fees to any party.  No other parties are being dismissed by way of this Order.

Dated:  March 20, 2017         s/Donovan W. Frank
                               DONOVAN W. FRANK
                               United States District Judge