**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| Amy Elizabeth Krekelberg, | Civil File No. 13-cv-3562 (DWF/TNL) |
| Plaintiff, | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| vs. | |
| Anoka County, et al, Defendants. | |

---

**IT IS HEREBY STIPULATED AND AGREED,** by and between the parties hereto, through their respective counsel, that all claims by Plaintiff Amy Elizabeth Krekelberg against Defendant Anoka County in the above-entitled action are dismissed with prejudice, and without costs, disbursements, or fees to any party. No other Defendant in this action is a party to this Stipulation of Dismissal and no other Defendant is dismissed or released in any way.

**SAPIENTIA LAW GROUP PLLC**

Dated: April 4 2017.

s/ Sonia Miller-Van Oort
Sonia Miller-Van Oort (#278087)
Jonathan A. Strauss (#0279602)
Lorenz F. Fett (#196769)
120 South Sixth Street, Suite 100
Minneapolis, MN 55402
(612) 756-7100
Jons@sapientialaw.com
larryF@sapientialaw.com
soniamv@sapientialaw.com

ATTORNEYS FOR PLAINTIFF

                                        ANTHONY C. PALUMBO
                                        ANOKA COUNTY ATTORNEY

Dated: April 4, 2017.                s/ Bryan D. Frantz
                                        Bryan D. Frantz (#0303148)
                                        Assistant Anoka County Attorney
                                        Anoka County Attorney's Office
                                        2100 Third Avenue, Suite 720
                                        Anoka, MN 55303
                                        (763) 323-5751
                                        Bryan.Frantz@co.anoka.mn.us

                                        ATTORNEY FOR DEFENDANT
                                        ANOKA COUNTY