## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Amy Elizabeth Krekelberg,                                    Civil No. 13-3562 (DWF/TNL)

        Plaintiff,

                                         **ORDER FOR DISMISSAL**
v.                                                          **WITH PREJUDICE OF**
                                    **DEFENDANT ANOKA COUNTY**

Anoka County, et al.,

        Defendants.

        The above entitled action having been fully resolved and settled between Plaintiff and Defendant Anoka County, and the parties having entered into a Stipulation of Dismissal With Prejudice, (Doc. No. [407]),

        **IT IS HEREBY ORDERED** that Defendant Anoka County ONLY is **DISMISSED WITH PREJUDICE**, each party to bear its own costs, disbursements and attorney fees.  No other party is dismissed.

Dated:  April 5, 2017                          s/Donovan W. Frank
                                       DONOVAN W. FRANK
                                       United States District Judge