# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# JURY TRIAL CONFERENCE

| | |
|---|---|
| Amy Elizabeth Krekelberg, | **COURT MINUTES** |
| | **BEFORE: Donovan W. Frank** |
| Plaintiff, | **United States District Judge** |
| v. | |
| | Case Number:  CV 13-3562 DWF/TNL |
| City of Minneapolis, Heather Young, *acting in her individual capacity as an Officer of the Minneapolis Police Department*, Matthew Olson, *acting in his individual capacity as an Officer of the Minneapolis Police Department*, | Date:  June 14, 2019 |
| | Court Reporter:  Carla Bebault |
| | Courthouse:  St. Paul |
| | Courtroom:  7C |
| | Time Commenced:  8:33 AM/3:33 PM/4:48 PM |
| | Time Concluded:  12:42 PM/3:44 PM/ 4:57 PM |
| | Sealed Time in Court: |
| Defendants | Time in Court:  3 Hour & 29 Minutes |

APPEARANCES:

  For Plaintiff: Sonia L Miller-Van Oort, Jonathan A. Strauss & Jeffrey M. Montpetit
  For Defendant City of Minneapolis & Heather Young: Sharda R. Enslin & Brian Scott Carter
  For Defendant Matthew Olson:   Joseph E. Flynn & Tal Aaron Bakke

PROCEEDINGS:

x   **JURY Trial Held.**
x   Closing arguments.
x   Jury received case at 12:36 pm.
x   Verdict Rec'd at 4:50 pm for:   x  Plaintiff
       x  Judgment in favor of Plaintiff.

IT IS ORDERED:

x   Trial continued to June 17, 2019 at 8:30 a.m.
x   Clerk to file Verdict and enter Judgment.

CLERK'S USE ONLY:

x   Number of trial days with evidence -eight (8) .
x    Exhibits returned to counsel or parties.
      .
                                                                                                        s/L. Sampson
                                                                                        Courtroom Deputy