Civil No. 13-3562 (DWF/TNL)

June 19, 2019

MEMBERS OF THE JURY:

On June 19, 2019, at 2:51 p.m., you asked the following question:

QUESTION:

Can we have a copy of the purple and yellow highlighted chart of the list of IA reports by name and who did the investigation.

ANSWER:

Here is the chart requested. Sgt. José Gomez investigated the officers whose names are highlighted in yellow; Lt. Clark Goset investigated the officers whose names are highlighted in purple. Sgt. Matthew McLean investigated Sgt. Matthew Olson, Ofc. Heather Young, Sgt. Lucas Peterson, and Ofc. Jennifer Lazarchic. Thomas Hendrickson, Bruce Johnson, Robert Krebs, and Thomas Lopez were not subject to investigation.

DONOVAN W. FRANK
United States District Judge

SCANNED
JUN 21 2019
U.S. DISTRICT COURT ST. PAUL

| | | |
|---|---|---|
| Philip Alejandrino | David Honican | Matthew Olson |
| Gilles Antaya | Daniel Horn | George Peltz |
| Tyrone Barze | Christopher House | Lucas Peterson |
| Troy Carlson | Robert Illetschko | Michael Pfaff |
| Aaron Collins | Kurt Indehar | Patrick Reuben |
| Brian Cummings | Bruce Johnson | Bryce Robinson |
| Christopher Cushenbery | Kristopher Kramer | Antonio SanRoman |
| Mark Durand | Robert Krebs | Todd Sauvageau |
| David Elliott | Dennis Kreft | Sherral Schmidt |
| Andrew Enriquez | Jennifer Lazarchic | Jarrod Silva |
| Carlos Baires Escobar | Alan Liotta | John Staufenberg |
| Eric Faulconer | Thomas Lopez | Christopher Tuma |
| Mark Gasior | Oscar Macias | Matthew Vana |
| Scott Grabowski | Timothy Mattsson | Gregory Wenzel |
| Dennis Hamilton | Johnny Mercil | David Wilson |
| Richard Hand | Jamiel Mohammud | Mark Wisocki |
| Joseph Haspert | Beth Mota | Steve Wuorinen |
| Anna Hedberg | Blake Moua | Jeffrey York |
| Thomas Hendrickson | David Neil | Heather Young |
| Roland Hillstrom | | |

EXHIBIT
Plff. #234
CV. 13-3562
tabbies