

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Amy Krekelberg,

    Plaintiff,

v.

City of Minneapolis, et al.,

    Defendants.

Civil No. 13-3562 (DWF/TNL)

SPECIAL VERDICT

We the jury in the above-entitled action, answer the Special Verdict questions as follows:

1. How many separate times did Defendant Minneapolis's agents or employees impermissibly access Plaintiff Krekelberg's personal information from motor vehicle records on or after December 17, 2009? __74__

2. What sum of money fairly and adequately compensates Plaintiff Krekelberg for Defendants' improper conduct?

$ __285,000.00__

3. Did Defendant Matthew Olson willfully or in reckless disregard violate the Drivers Privacy Protection Act on August 23, 2012?

Yes __✓__   No _____

*If your answer to question No. 3 is "Yes," answer question No. 4. If your answer to question No. 3 is "No," please move to question No. 5.*

SCANNED
JUN 21 2019
U.S. DISTRICT COURT ST. PAUL

4. What sum of money will punish Defendant Matthew Olson for his conduct and deter him from similar violations in the future?

$ 150,000.00

5. Did Defendant Heather Young willfully or in reckless disregard violate the Drivers Privacy Protection Act on November 21, 2011?

Yes ✓    No _____

*If your answer to question No. 5 is "Yes," anwer question No. 6. If your answer to question No. 5 is "No," please sign and date the verdict form; your verdict is complete.*

6. What sum of money will punish Defendant Heather Young for her conduct and deter her from similar violations in the future?

$ 150,000.00

*You have completed your deliberations. Please have your foreperson sign and date this form below and inform the court security officer that you have finished deliberating.*

Dated: June 19, 2019

SIGNATURE REDACTED

Foreperson

2