# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# JURY TRIAL

| | |
|---|---|
| Amy Elizabeth Krekelberg, | **AMENDED COURT MINUTES** |
| | **BEFORE: Donovan W. Frank** |
| Plaintiff, | **United States District Judge** |
| v. | |
| | Case Number: CV 13-3562 DWF/TNL |
| City of Minneapolis, Heather Young, *acting in her individual capacity as an Officer of the Minneapolis Police Department*, Matthew Olson, *acting in his individual capacity as an Officer of the Minneapolis Police Department*, | Date: June 19, 2019 |
| | Court Reporter: Carla Bebault |
| | Courthouse: St. Paul |
| | Courtroom: 7C |
| | Time Commenced: 8:33 AM/3:33 PM/4:48 PM |
| | Time Concluded: 12:42 PM/3:44 PM/ 4:57 PM |
| | Sealed Time in Court: |
| Defendants | Time in Court: 3 Hour & 29 Minutes |

APPEARANCES:

   For Plaintiff: Sonia L Miller-Van Oort, Jonathan A. Strauss & Jeffrey M. Montpetit
   For Defendant City of Minneapolis & Heather Young: Sharda R. Enslin & Brian Scott Carter
   For Defendant Matthew Olson:   Joseph E. Flynn & Tal Aaron Bakke

PROCEEDINGS:

x    **JURY Trial Held.**
x    Closing arguments.
x    Jury received case at 12:36 pm.
x    Verdict Rec'd at 4:50 pm for:   x  Plaintiff
      x  Judgment in favor of Plaintiff.

IT IS ORDERED:

x    Clerk to file Verdict and enter Judgment.

CLERK'S USE ONLY:

x    Number of trial days with evidence -eight (8) .
x     Exhibits returned to counsel or parties.
         .                                                                              s/L. Sampson
                                                                                        Courtroom Deputy