# UNITED STATES DISTRICT COURT
## District of Minnesota

| | |
|---|---|
| Amy Elizabeth Krekelberg, | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff(s), | |
| v. | Case Number: CV 13-3562 DWF/TNL |
| City of Minneapolis; Heather Young, acting in her individual capacity as an Officer of the Minneapolis Police Department; and Matthew Olson, acting in his individual capacity as an Officer of the Minneapolis Police Department, | |
| Defendant(s). | |

☒ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

IT IS ORDERED AND ADJUDGED THAT:

The jury found that:

On or after December 17, 2009, Defendant Minneapolis's agents or employees impermissibly accessed Plaintiff Krekelberg's personal information from the motor vehicle records 74 times and that the sum of $285,000 is a fair and adequate amount of compensation for Plaintiff Krekelberg for Defendant's improper conduct.

On August 23, 2012, Defendant Matthew Olson willfully or in reckless disregard violated the Drivers Privacy Protection Act, and that the sum of $150,000 will punish him for his conduct and deter him from similar violations in the future.

On November 21, 2011, Defendant Heather Young willfully or in reckless disregard violated the Drivers Privacy Protection Act, and that the sum of $150,000 will punish her for her conduct and deter her from similar violations in the future.

Date: June 25, 2019

KATE M. FOGARTY, CLERK

s/L. Sampson
(By)  L. Sampson, Courtroom Deputy

s/Donovan W. Frank
DONOVAN W. FRANK
United States District Judge