UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Amy Elizabeth Krekelberg,<br><br>        Plaintiff,<br>v.<br><br>Anoka County, et al.,<br><br>        Defendants. | Civil File No. 13-cv-3562 DWF/TNL<br><br>**PLAINTIFF'S AMENDED MOTION AND PETITION FOR AN AWARD OF REASONABLE ATTORNEYS' FEES AND COSTS UNDER 18 U.S.C. § 2724** |

As the prevailing party in Plaintiff's claims against Defendant City of Minneapolis, Defendant Mathew Olson, and Defendant Heather Young, Plaintiff Amy Elizabeth Krekelberg, by and through her undersigned co-counsel, bring this Motion and Petition in accordance with Rule 54(d) of the Federal Rules of Civil Procedure and Local Rule 54.3.  Plaintiff hereby moves the Court for an order for attorneys' fees in the approximate amount of $1,290,177.25 and costs in the approximate amount of $61,724.69 under 18 U.S.C. Section 2724, which constitute approximate fees and costs incurred by Plaintiff in conjunction with her specific claims against Defendants City of Minneapolis, Mathew Olson, and Heather Young over the last six years.

Per the Court's request, the parties have submitted a stipulated and proposed briefing schedule regarding this motion by joint letter, and Plaintiff will subsequently obtain an oral argument date if the Court so requests.  Plaintiff's Amended Motion is based on all files, records and proceedings herein, including Plaintiff's Memorandum of Law in Support of Petition for Attorneys' Fees and the accompanying Affidavits and Declarations.

1

| | |
|---|---|
| Dated: <u>November 11, 2019</u> | SAPIENTIA LAW GROUP PLLC |

<u>s/Sonia Miller-Van Oort</u>
Sonia Miller-Van Oort (#278087)
Jonathan A Strauss (#279602)
Lorenz F. Fett, Jr. (#196769)
120 S 6th St, Suite 100
Minneapolis, MN 55402
Phone: (612) 756-7100
Fax: (612) 756-7101
jons@sapientialaw.com
larryf@sapientialaw.com
soniamv@sapientialaw.com

and

SIEBENCAREY, PA

Susan M. Holden (#189844)
Jeffrey M. Montpetit (#0291249)
Marcia K. Miller (#032162X)
901 Marquette Avenue, Suite 500
Minneapolis, MN 55402-3205
Phone: (612) 333-4500
Fax: (612) 333-5970
Susan.Holden@knowyourrights.com
Jeffrey.Montpetit@knowyourrights.com
Marcia.Miller@knowyourrights.com

*Attorneys for Plaintiff*
*Amy Elizabeth Krekelberg*